UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 1:07-cr-17 |
| vs. ) | |
| ) | JUDGE COLLIER |
| MICHAEL DANIELS ) | MAGISTRATE JUDGE LEE |
| also known as "MIKE MIKE" ) | |

ORDER OF DETENTION PENDING TRIAL

Defendant MICHAEL DANIELS appeared for a detention hearing before the undersigned on February 21, 2007. Those present for the hearing included:

(1) Assistant U.S. Attorney Steve Neff for the USA.
(2) The defendant, MICHAEL DANIELS.
(3) Attorney Anthony Martinez with Federal Defender Services of Eastern Tennessee for defendant Daniels.
(4) Deputy Clerk Russell Eslinger.

The defendant was advised of his right to a detention hearing. Upon being duly sworn, and with advice of counsel, the defendant waived his right to a detention hearing with the understanding that a hearing will be granted at a later date on motion of defendant.

Pending further hearings in this matter, defendant shall be held in custody by the United States Marshal and produced for future hearings.

SO ORDERED.

ENTER.

s/Susan K. Lee
SUSAN K. LEE
UNITED STATES MAGISTRATE JUDGE